```
Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:    (671) 777-0581
Email:        cmakototaitano@taitano.us.com
```

*Attorney for Applicant*
Ho Chan Kim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Ho Chan Kim,<br><br>        Applicant. | Case Number:<br><br>**DECLARATION OF JEONGWON HONG IN SUPPORT OF HO CHAN KIM'S *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Jeongwon Hong, declare that:

1. I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I am qualified to translate from the Korean language to the English language because I read, write, speak, and understand both the English language and the Korean language, fluently.

3. This declaration is in support of Ho Chan Kim's *Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. **Exhibit A** attached hereto is a true and a correct transcript of the entire audio recording in the Korean language of the YouTube video located at https://www.youtube.com/watch?v=Q2Yo_n2Q5_E that I prepared and that is referred to in

Page **1** of **2**

*Declaration of Jeongwon Hong*

paragraph 7 of the Declaration of Ho Chan Kim (which declaration will be submitted contemporaneously herewith).

5. **Exhibit B** attached hereto is a true and a correct English translation of Exhibit A that is referred to herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 17, 2024.

JEONGWON HONG

Page **2** of **2**

*Declaration of Jeongwon Hong*

영상 제목 : (구원파) 생명의말씀선교회 전도하라고 파송 보냈더니 죄짓고 이중생활 하는 해외선교 파송 출신 목사!

영상 주소 : https://www.youtube.com/watch?v=Q2Yo_n2Q5_E

업로드 날짜 : 2024-01-03 / 17:28:55

영상 길이 : 06분 10초


영상 내용 :

안녕하세요 구독 좋아요, 알람 설정과 객관성 있는 댓글은 유튜브 채널 상단에 노출이 되어 생말선으로 피해를 입고 계시는 분들께 생말선의 실상을 알릴 수 있게 되며 큰 도움이 됩니다. 참여로 도와주시면 감사하겠습니다. 오늘은 생말선에서 해외 선교를 나간 목회자를 통해 성추행을 입은 현지인 자매님의 이야기를 제보를 받아 제작하게 되었습니다.


많은 분들이 생말선 안에서는 건축과 비리의 문제점만이 가장 큰 문제라 생각을 하는 경향이 있으신데요. 물론 다른 사이비 집단의 성적 착취와 기행들에 비하면 다소 약해 보일 수도 있습니다. 하지만 피해자인 당사자에게는 씻을 수 없는 고통이며 떠올리고 싶지 않은 끔찍한 기억이 될 것입니다. [44초]이 추악한 이중인격자인 변태 목사는 생말선에서 이름만 대면 어지간한 사람들은 알 정도의 인물입니다. 수년이 넘게 해외에서 선교 활동을 하였으며, 그 나라의 총괄 담임 목사로 활동하였습니

**Exhibit A**

다.[56초]

이 사람은 그곳에서 활동하며 그곳의 열악함을 어필하여 눈물샘을 자극하는 간증과 영상들로 성도들의 감수성을 자극하며 호소하며 호통치며 설교하길 즐겨하는 사람이었고, 그 사람의 새치 혓바닥과 악어의 눈물의 소가 많은 생말선에 성도들이 현지인 형제 자매들의 교회당과 건축에 헌납하고 헌신할 수 있도록 종용하였고, [1분 15초] 겉보기에는 세상 정결하고 하나님 앞에 깨끗하며 영혼을 사랑하는 척 설교를 하더니 뒤에서는 힘이 없는 현지인 자매님을 상습적으로 신체 접촉과 추행을 일삼았습니다.[1분 26초] 존경하는 목사님의 성적 추행에 수치심을 느꼈던 현지인 자매님은 이런 수치스러운 상황에 적극적으로 저항할 수 없었다고 합니다. 그러한 이유는 우선 믿음 안에서 판단하고 고민하고 싶었던 이유가 있었고, 그 당시 현지에는 이것을 두고 교제하거나 상담할 믿음의 형제 자매가 없었다고 합니다.

그래서 이 현지인 자매님은 이러지도 저러지도 못한 채 교회에 방송실 말씀 시간이나 모임이 있기 전에 따로 [1분 53초]이 자매님을 교재라는 명목으로 불러들여 더 더럽고 추악한 짓들을 견뎌야만 하는 상황들을 견뎌야만 했고[1분 58초], 이 더러운 인간의 추악한 진실들은 이 사람이 다시 한국으로 발령이 나면서 벗어날 수 있었다고 합니다. 더욱더 황당한 사실은 [2분 7초] 이 추악한 이중인격자인 목사는 그곳에서 활동할 당시 음주를 상습적으로 하였으며, 마트에 갈 일이 생기면 맥주 심부름을

**Exhibit A**

시 장을 봐오도록 하여 생말선에서는 절대 금기시하는 음주를 즐기며 그것도 모자라 힘이 없는 현지인 자매를 성추행하였다는 사실입니다.[2분 22초] 이런 사실이 밝혀지지 않은 이유는 현지인 자매님께서 마음을 터놓고 교제하거나 상담을 할 수 있는 믿음의 형제자매들이 그 당시에는 없었고, 지금은 생말선에서 탈퇴하신 형제 자매님들께서 수년이 지나 어렵게 이 사실들을 털어놓았다는 후문입니다.

이런 사실을 아는 것인지 모르는 것인지, 이 추악하고 뻔뻔하고 더러운 성추행범은 한국으로 돌아와 뻔뻔하게 하나님의 말씀을 전하고 이 세상 최고 하나님을 섬기고 사랑하는 척 위선을 떨고 있으며, [2분 53초] 이런 성추행범인지도 모른 채 자기의 자식은 구원받은 집안의 성도와 혼례를 치러 카카오톡의 메인 사진에 올라와 있는 상황입니다.[2분 57초] 여러분 믿음으로 결혼을 성사시켜 목사의 자녀이고 높임받는 목사이기 때문에 그 말을 믿고 결혼을 시켰던 사돈과 그 사위는 [3분 8초]자신의 장인어른이 해외 선교랍시고 나가 교회당 건축 관련 사기를 당하고 그런 사실을 은폐하려 들고, 그것도 모자라 음주 및 여성들을 추행했던 파렴치한[3분 18초]이라는 것을 알고나 있을까요? 생말선에 많은 분들이 속고 있습니다. 이런 말에 속고 있습니다. 사람을 보지 말라 말씀만 바라보라. 모든 목사가 그런 것이 아니다. 사람도 때론 실수하기도 한다.

여러분 과연 그럴까요? 믿음의 선배와 인도자라 믿었던 그 사람으로 인해 추행을 당

**Exhibit A**

하고 씻을 수 없는 고통을 당했는데, 그것이 단순히 실수일까요? 여러분은 착각하고 있는 것입니다. 실수와 범죄는 다른 분류입니다. 위 사항들과 지금까지 제보가 들어 제작을 했던 사항들은 실수가 아닌 생말선의 말씀 안에서는 물론이요, 사회적인 통념과 이치에도 맞지 않는 범죄에 해당되는 것입니다. 여러분이 이 모든 일들을 단순히 실수로 치부해버리고, 이러한 범죄 행위들을 피해자인 당사자들에게 말씀으로 이겨내라, 혹은 하나님이 혼내주실 것이다. 하나님이 하실 일이다. 기도하며 참으라는 식의 개 같은 발언 아니게도 제 자식이 아플까 봐 전전긍긍하고 감싸줍니다. 이런 개도 하지 않을 발언을 함부로 내뱉어 말씀을 방패와 무기 사마 말씀으로 해결하자는 식의 발언은 당사자인 피해자를 두 번 죽이는 격입니다. 제발 여러분 이렇게 부탁을 드립니다. 용기 내어 제보해 주신 피해자를 두 번 죽이는 발언은 삼가해 주십시.

이것이 조작이라거나 사실 여부를 따져보자 한다거나 당사자의 신상을 캐내려 하는 짓은 정말이지 잔인하다 못해 잔혹해 보이기까지 합니다. 그런 사람이 교회를 지키며 사랑하는 하나님을 위한 첨언인 것처럼 위선을 떨고 있다니 이런 사람들이 생말선의 보통 성도들의 모습이고, 이런 사람들과 교제를 했던 사실이 부끄러울 따름입니다. 여러분 선악을 떠나 아픈 사람의 마음을 헤아려볼 생각조차 하지 못하는, 그럴 마음과 귀가 없는 이런 교회는 당장 탈퇴하셔야 합니다.  여러분이 성추행을 당하고 물질적인 피해, 정신적인 피해, 수십 년 동안 그곳에서 시간을 빼앗긴 피해를 입었

**Exhibit A**

다. 아무리 호소하여도 마지막에 탈퇴하시고 나면 여러분의 피해 사실은 여러분의 탓 돌릴 것이며, 그도 모자라 피해자인 여러분의 피해 사실을 거짓으로 몰아 피해자에게 책임을 전가하여 자신들의 죄를 책임 회피해버리는 전형적인 사이비 집단의 한 부류일 뿐입니다.

여러분 제발 이 영상들을 널리널리 카페 블로그, 각종 커뮤니티에 공유해 주셔서 많은 분들이 이런 무서운 집단에 현혹되어 피해를 입지 않도록 공유해 주시고 도와주시면 감사하겠습니다. 다시 한 번 용기를 내어 제보해 주신 분께 감사드리고, 이 해당 목사의 실명을 거론하여 공유해 드리고 싶지만 당사자가 유추되어 수치스러운 일을 겪은 상황이 만인들에게 공개되는 것은 옳지 못하다 판단이 들어 공유하지 않겠습니다. 하지만 진실은 반드시 밝혀질 것이고 때가 되면 그 해당 목사의 신상도 공개되는 날이 오겠 아니네요. 목사는 무슨 목사입니까? [5분 54초]끔찍하고 더러운 인간[5분 55초]이 누구인 줄도 모르고 다음 주에 그 사람의 설교를 기다리고 들어야 하는 성도들이 안타까울 뿐입니다.

여러분 이런 피해자들이 늘어나지 않도록 도와주시고 피해자인 당사자분께 용기와 응원의 댓글로 함께 참여해 주시면 감사하겠습니다.

**Exhibit A**

Video title: (Salvationist) Pastor sent on a mission abroad by the Life Word church ends up living a double life of sin!

Video link: https://www.youtube.com/watch?v=Q2Yo_n2Q5_E

Upload Date: 3 Jan 2024 / 17:28:55

Video Length: 06 min 10 sec

Video content:

Hi. Subscribing, liking, pressing the alarm bell, as well as adding objective comments that will be displayed at the top of this channel are a great way to help spread the word about the realities of the Life Word Mission to those suffering from its negative impact. Your participation is greatly appreciated. Today's story is about our sister in Christ who was molested overseas by a pastor sent on a mission trip by Life Word.

A lot of people tend to think that architecture and corruption are the biggest problems of the Life Word. Of course, this may seem mild compared to the sexual exploitation and eccentricities of other cults. But for the victim, it's a pain that can't easily be relieved, and a horrible memory they don't want to be reminded of. [0:44] This duplicitous, perverse missionary, is a name most people in Life Word know by heart. He spent many years in missionary work overseas and served as the general pastor in charge in that country. [0:56]

This was a man who was active there and loved to preach with a rant and rave, appealing to the sensibilities of the worshippers with tear-jerking testimonies and images of the poor conditions of that place, and with his lying tongue and crocodile tears, he would invite them to dedicate and commit to the building and construction of churches for their brothers and sisters in that country. [1:15] On the surface, he pretended to impeccably clean before God, and a lover of souls, but behind the scenes, he was actually physically molesting a helpless local sister. [1:26] Ashamed of the sexual misconduct of a respected pastor, she was unable to actively resist him in that embarrassing situation. The reason for this was, first of all, that she did not want to judge or look into this out of faith, and second, at that at the time there were no brothers or sisters of faith there

**Exhibit B**

with whom she could share and discuss her concerns.

Taking advantage of her helplessness, he chose time before services or meetings and invited her to come alone to the studio at the church, [1:53] under the pretext of needing her help to develop teaching materials. There, she had to endure even more filthy, disgusting behavior. [1:58] Only when the pastor was sent back to South Korea by his church, could this woman be relieved of his terrible molesting. Even more ridiculous is the fact that [2:07] that duplicitous pastor was a heavy drinker during his time there, and he would have the local sister in church buy alcohol for him. For the record, drinking is a total taboo in the Life Word. And to top it all off, he molested a helpless local sister. [2:22] The reason this was not revealed is that there were no local brothers and sisters of faith with whom she could openly share or discuss at the time, and the brothers and sisters who have since left the movement have come forward only years later.

Whether he knows this or not, this shameless, filthy molester is back in Korea, shamelessly preaching God's word, pretending to serve and love the God more than anyone else. [2:53] Meanwhile, his profile picture in KakaoTalk shows his offspring getting married within the church. [2:59] And nobody had any idea that he was a molester. These people and their parents were happy to become members of the family of such a well-known pastor. [3:08] Little did they know that the holy man, under the guise of an evangelical mission abroad, committed secret fraud while performing his church duties, and if that were not enough, went on to drink alcohol and molest local women, [3:18] showing no sign of shame whatsoever? Many people are being fooled by the Life Word. They are also fooled by countless excuses: Look not to men, but to the Word. Not all pastors are like that. People make mistakes sometimes.

Do you believe that? When one has been molested and suffered irreparable harm by someone they trusted as a mentor and guide, could that be called a mere mistake? No, you are misguided. Crimes are not mistakes. The actions described in this video, as well as those we have reported on previously, are not mistakes, but crimes that go against the grain of social norms and reason, not to mention the rules of the Life Word itself. You might be tempted to dismiss all of this as a

**Exhibit B**

mere mistake, and to tell the victims of these offenses to get over it through the Word, or that the God will punish the culprits. It is up to the God, you might say. You might just pray and tell them to endure, being afraid that your own children might be affected. By spouting such nonsense, using the Word as the sword and shield as though it can solve everything, you end up harming the victim twice. I would like to ask you for this one favor. Please refrain from making such comments as they only cause unnecessary pain to the victims who have the courage to come forward.

To suggest that it's a fabrication, or to try and get to the bottom of it by questioning the sincerity of the victims is downright cruel. Such people are hypocrites who pretend to be defenders of the church and lovers of God! This is what the average Life Word member looks like. I am ashamed to have ever associated with them. You should leave a church that doesn't have the heart and the ears to care about the feelings of those in pain, regardless of whether it's good or bad.   You were molested and suffered material and emotional damage; decades of your life were taken from you. No matter how much you plead with them, they will blame your misfortune on you once you finally leave. If that's not enough, they'll lie about your experience as a victim and blame the victim for their transgressions. This is a classic cult behavior.

I would appreciate it if you could share these videos widely on forums, blogs, and other communities to help prevent more people from falling victim to this terrible group. Again, I thank you for your courage in coming forward. I would love to share this pastor's real name, but I won't do it because this would lead public attention to the victims and cause them additional suffering. But let's hope that the truth will come out, and in time, this pastor's identity will be revealed, right? Why am I even calling him that? What pastor? [5:54] Just a horrible, disgusting human being [5:55].   I feel sorry for the congregation who have no idea who this person is and must listen to him preach next week.

I hope you'll help me save more people from becoming victims and leave your comments of encouragement and support for those who have been victimized.

## Exhibit B