Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX  75201
Telephone:	214 978 3081
Facsimile:	214 978 3099

Byron R. Tuyay (State Bar No. 308049)
byron.tuyay@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067
Telephone:	310 201 4728
Facsimile:	310 201 4721

Attorneys for Non-Party GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| *In Re Ex Parte* Application of<br><br>HO CHAN KIM,<br><br>    Applicant. | Case No. 5:24-mc-80152-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND GOOGLE LLC'S DEADLINE RELATING TO MOTION TO QUASH**<br><br>Judge: The Honorable Edward J. Davila<br>Courtroom 4, 5th Floor<br>San Jose Courthouse<br>280 South First Street<br>San Jose, CA  95113 |

Pursuant to Civil Local Rules 6-2 and 7-12, Applicant Ho Chan Kim ("Applicant") and Non-Party Google LLC ("Google") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on June 20, 2024, Ho Chan Kim filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in a Foreign Proceeding ("Application") for use by Ho Chan Kim in a foreign civil proceeding in Korea (ECF No. 1);

WHEREAS, on July 2, 2024, the Court issued its Order Granting in Part and Denying in Part *Ex Parte* Application for Order Permitting Discovery for Use in a Foreign Proceeding ("Order"), in which the Court ordered that "Google and each account user whose information is sought may file – no later than 30 days after service or notice – a motion to quash or modify the subpoena".

WHEREAS, on July 9, 2024, Ho Chan Kim served on Google the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena");

WHEREAS, pursuant to the Order, the deadline for Google to file its motion to quash is August 8, 2024;

WHEREAS, on July 23, 2024, Google served objections to the Subpoena;

WHEREAS, on July 31, 2024, the Parties met and conferred about the Subpoena and discussed a potential resolution for the matter without judicial intervention, Google's objections to the Subpoena, and the deadline before which Google must file a motion to quash in this matter;

WHEREAS, on August 5, 2024, the Parties agreed via email to the proposed joint stipulation to extend the deadline before which Google must file a motion to quash for one month;

WHEREAS, the Parties will continue to consider a potential resolution but they require additional time to finalize their discussions;

WHEREAS, although Google has already objected, it wants to preserve its ability to file a motion to quash, if necessary, pending the Parties' efforts to resolve the matters;

WHEREAS, an extension would potentially avoid wasting the resources of the Parties and the Court, as the matter may be resolved without judicial intervention;

WHEREAS, the Parties therefore, in good faith, request that the Court extend the deadline for Google to file a motion to quash from August 8, 2024 to September 9, 2024, or on a date to be determined by this Court in its discretion;

WHEREAS, the requested modification will have no impact on the case schedule other than to extend Google's deadline to file a motion to quash;

WHEREAS, the Parties have made no prior requests for the Court to modify time in this case; and

WHEREAS, Google has filed a declaration in support of this stipulation as required under Local Rule 6-2(a).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 7, 2024 | Respectfully submitted, |
| | **BAKER & McKENZIE LLP** |
| | By: */s/ Byron Tuyay* |
| | Byron Tuyay |
| | Attorney for Non-Party GOOGLE LLC |
| Dated: August 7, 2024 | **TAITANO & TAITANO LLP** |
| | By: */s/ Carlos Makoto Taitano* |
| | Carlos Makoto Taitano |
| | Attorney for Applicant HO CHAN KIM |

**FILER'S ATTESTATION OF CONCURRENCE**

I, Byron Tuyay, pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Non-Party GOOGLE LLC.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

| | |
|---|---|
| Dated: August 7, 2024 | BAKER & McKENZIE LLP |
| | By: */s/ Byron Tuyay* |
| | Byron Tuyay |

**********

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: __August 8__, 2024

Honorable Edward J. Davila
United States District Court Judge