**FILED**

**NOV 12 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1  John Doe, Pro Se
   123 Main St.
2  New York City, NY, 10001

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5  IN RE: SUBPEONA TO GOOGLE LLC          Case No.: 24-mc-80152-EJD

6  John Doe,

7            Movant,                      MOTION TO QUASH

8  vs.

9  HO CHAN KIM,

10           Respondent.

11          TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE

12  NORTHERN DISTRICT OF CALIFORNIA:

13          COMES NOW, Fisherman, an anonymous user of Google services (hereinafter "Movant"), by and

14  through undersigned counsel, and respectfully files this Motion to Quash the Subpoena issued by plaintiff HO

15  CHAN KIM to Google LLC, which seeks to obtain Movant's identity. Movant requests this Court quash the

16  subpoena for the following reasons:

17

18  **I. INTRODUCTION**

19  Movant is a private individual that is a U.S. resident currently living in the U.S. who maintains an anonymous

20  account with Google LLC. The subpoena issued by Plaintiff seeks to compel Google to disclose Movant's

21  identifying information, allegedly to support Plaintiff's claims in the underlying lawsuit in a foreign tribunal.

22  Movant files this Motion to Quash on the basis that compelling Google to release such information would:

23      1.  Violate Movant's First Amendment right to anonymous free speech, as the statements made by Movant

24          constitute protected speech under the U.S. Constitution.

25      2.  Be based on false and misleading statements by that claim the video named someone who worked in

26          Mongolia.

27      3.  Expose Movant or Movant's family in the Republic of Korea to potential retaliation, harassment, and harm

28          if their identity is disclosed.

MOTION TO QUASH - 1

Movant respectfully requests that this Court recognize the significant chilling effect and harm that would result from disclosure and quash the subpoena in the interests of justice.

## II. STATEMENT OF FACTS

- Movant is a legal U.S. resident who has operated under a pseudonym on Google's platform, engaging in expressive activities that are lawful and protected by the First Amendment.

- The statements made by Movant fall squarely within the realm of protected speech.

- Plaintiff intentionally added false information to embellish their claim.

- Plaintiff's organization claims to have active missions in 82 nations, including 24 already in the United States, making this an international concern.

- Movant's channel includes English translations to bring awareness to an international audience.

- Movant has reasonable grounds to fear that revealing their identity could subject them to retaliation, harassment, or harm by individuals opposed to their viewpoints.

## III. LEGAL STANDARD

Under Federal Rule of Civil Procedure 45(d)(3), a court must quash or modify a subpoena that subjects a person to undue burden, requires disclosure of privileged or other protected matter, or subjects a person to significant expense. The First Amendment to the United States Constitution protects anonymous speech, particularly in contexts where revealing one's identity may lead to retaliation or suppression of free expression. 28 U.S.C. § 1782 gives a district court discretion to grant or deny an application after considering several factors, including the nature of the foreign tribunal, the character of the proceedings, and whether the applicant's request conceals an attempt to circumvent foreign proof-gathering restrictions.

## IV. ARGUMENTS IN SUPPORT OF MOTION TO QUASH

### A. The First Amendment Protects Anonymous Speech of U.S. Residents

Movant is a lawful U.S. resident with full protection the U.S. Constitution. The First Amendment provides substantial protection to anonymous speakers, as anonymity can be essential to protect individuals from retaliation

MOTION TO QUASH - 2

1    or intimidation based on their expressed views. Courts have held that the right to remain anonymous is a vital

2    component of the freedom of speech and must be safeguarded. Disclosing the identity of a U.S. resident using a U.S.

3    platform to a foreign tribunal would have a chilling effect on free speech in the U.S.

4

5    **B. Disclosure of Movant's Identity Would Expose Movant to Potential Retaliation**

6    Movant has substantial reason to fear that disclosure of their identity would expose them to personal and

7    professional harm. Movant is deeply concerned about the nature and history of Life Word Mission, the organization

8    associated with Plaintiff. Life Word Mission's founder, John Lee, was a key member of Salvation Sect. That

9    organization is already known to the international community through Episode 4 of the Netflix documentary series

10    *In the Name of God: A Holy Betrayal.* That episode details an incident in which 32 people from Five Oceans

11    Trading Co. were found dead in the ceiling of a factory, and the episode shows how that incident was directly linked

12    to Salvation Sect.

13    Another reason to expect violence from Life Word Mission is due to receiving many threating comments that appear

14    to come from Life Word Mission followers. **Exhibit A** shows an example of a comment directed at Movant which

15    includes many insults and specifically threatens "Before I rip out your guts and make fish sauce out of them, shut

16    your ****ing mouth and stay out of sight." Plaintiff has made no attempt to calm such discourse. While Movant has

17    been critical of Life Word Mission, they have never directly or indirectly insinuated violent acts towards any

18    individual involved in the organization.

19    Importantly, since Life Word Mission already has churches on U.S. soil, it would be easy for them to direct physical

20    attacks on Movant if they learn Movant's identity. Proof of Life Word Mission being present in the U.S. can be seen

21    on their website, which is shown in **Exhibit B.**

22

23    **C. Fabricated and Intentionally Misleading Statement from the Plaintiff**

24    While Plaintiff correctly claims that the video did not directly mention anyone by name, they make a false and

25    misleading statement by claiming it involves some situation in Mongolia. There is in no mention or suggestion of

26    Mongolia in the video nor any timeline for a pastor returning to Korea from there.

27    Plaintiff uses this fabrication with no basis in the video to suggest there is a 50% chance that the video is actually in

28    reference to them. In fact, Life Word Mission claims on their own website to have churches in 82 different

MOTION TO QUASH - 3

1  countries. A screenshot of this is shown in **Exhibit C**, which translates to "1113 churches in 82 different countries".

2  That would dissolve any link to Plaintiff as the video could be retelling events in any country, at any church, by any

3  pastor, and at any time period. Since that would be so detrimental to their case, it is reasonable to assume that this

4  was done with clear intent to mislead the Court, as it is a core part of Plaintiff's argument.

5

6  **D. Misunderstanding of Direct Causality**

7  Plaintiff seeks to blame the video for their emotional and/or financial hardships. They freely admit that the video

8  does not name Plaintiff. Furthermore, the video directly states that names have been removed to protect all

9  individuals involved. And, as previously mentioned, the country or time era where the alleged incident occurred was

10  not stated.

11  Nevertheless, as proof that they were singled out, Plaintiff circles non-sequential letters from anonymous

12  commenters that spell out Plaintiff's name. If it is true that commenters singled out the plaintiff, it is reasonable to

13  assume that suspicions were already present in the community before the video was posted based on all the

14  previously stated facts on the video's non-specificity. In this case, the video would only serve as an artifact upon

15  which the community debated upon. Therefore, the direct cause of Plaintiff's grievances would have existed before

16  the publishing of the video.

17  Many of the comments in the video reflect widespread concerns about the organization Plaintiff represents, and not

18  an individual specifically. This public feedback highlights a broader consensus on the organization's impact,

19  indicating that the grievances extend beyond the content of Movant's videos. Movant's anonymous work aimed

20  solely to raise awareness of these issues for public benefit, without any direct mention of individuals. This

21  distinction is crucial, as it underscores that Movant did not promote or circulate any information specific to them,

22  nor did Movant intend to single them out in any way.

23

24  **E. Deception in Stating the Intended Audience of Videos**

25  Plaintiff would like the Court to believe that this is a purely Korean issue. However, Movant has created videos with

26  English subtitles to bring global awareness to Life Word Mission's activities. Furthermore, it was previously shown

27  that the organization already operates in 82 countries, including the U.S.

28

MOTION TO QUASH - 4

1    **Exhibits D through G** show screenshots from videos that have been subtitled for a global audience. **Exhibits D, E,**

2    **and F** are screenshots from a video that translates a sermon from Life Word Mission where a pastor demands

3    members sign over their homes and property to the church. **Exhibit G** is a video translation of an ex-member's long

4    narrative of their slow journey to discovering the church's finances. It is also trivial to use YouTube's built-in

5    translation functionality to view high-quality translations of any video.

6    Because Word Life Mission is sprawling into the U.S., it is imperative that open dialogue exists to have critical

7    discussions about the organization. Many U.S. citizens will have concerns because Word Life Mission is not

8    transparent about its operations in its English-language publications, which involve a tier-based membership based

9    on monetary contributions, with new "truths" revealed at each level. While U.S. citizens are free to join any

10   organization they please, their friends and family deserve to know more about the source and ideologies of new

11   religious groups.

12

13   **V. CONCLUSION**

14   For the foregoing reasons, Movant respectfully requests that this Court quash the subpoena issued to Google LLC,

15   thereby protecting Movant's right to anonymous free speech and safeguarding against potential retaliation. Movant

16   is an individual who should be protected under legal procedures, and Movant cannot agree to share information that

17   jeopardizes their safety under any circumstances.

18

19   **VI. PRAYER**

20   Movant respectfully prays that the Court considers the points outlined above. Having been manipulated previously

21   by this organization, Movant has sought to help others escape the distressing environment of that group. Movant is

22   grateful for the platforms provided by Google and YouTube, which serve a vital public interest in this regard.

23   While Movant has made videos private due to the threats received, comments at the channel's About page can still

24   be viewed and automatically translated. The comments on Movant's channel reflect the distress and devastation felt

25   by many individuals affected by this situation. Movant kindly asks that the Court actively acknowledge and reflect

26   this in the Court's decision.

27   Movant respectfully prays that the Court grant the following relief:

28

MOTION TO QUASH - 5

1     •    That the Court quash the subpoena issued to Google LLC seeking Movant's personal identifying

2          information;

3     •    That the Court recognize Movant's right to remain anonymous under the First Amendment;

4     •    That the Court grant any other relief that it deems just and proper.

5          Dated this 12th of November, 2024.

6

7          Respectfully submitted,

8

9                                           John Doe

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO QUASH - 6

Exhibit A



Exhibit B



Exhibit C



Exhibit D



Exhibit E



Exhibit F:



Exhibit G:

이것을 물어보고 궁금해 하는 사람들은 마치 그
교회의 배신자나 복음과 구원에 대해서 의심하는
분위기를 만들어 저는 아무런 말도 할수가 없었습니다 .

Those who asked about this and were
curious seemed to create an atmosphere
of suspicion, as if they were betraying the
church or doubting the gospel and
salvation. I couldn't say anything.