Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:  (671) 777-0581
Email:  cmakototaitano@taitano.us.com

*Attorney for Applicant*
Ho Chan Kim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Ho Chan Kim,<br><br>       Applicant. | Case Number: 24-mc-80152-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, Carlos L. Taitano, certify that:

1. I am more than twenty one years of age, am competent to testify, and have personal knowledge of the matters stated herein.

2. In the morning of November 21, 2024, I served upon John Doe, Pro Se, the:

    (a) <u>Ho Chan Kim's Opposition to John Doe's Motion to Quash</u> that was filed on November 19, 2024;

    (b) <u>Third Declaration of Ho Chan Kim in Support of Ho Chan Kim's Opposition to John Doe's Motion to Quash</u> that was filed on November 19, 2024;

    (c) <u>Fourth Declaration of Kyongsok Chong in Support of Ho Chan Kim's Opposition to John Doe's Motion to Quash</u> that was filed on November 19, 2024; and

//

(d) <u>Declaration of Carlos Makoto Taitano in Support of Ho Chan Kim's Opposition to John Doe's Motion to Quash</u> that was filed on November 19, 2024,

by enclosing copies thereof in the sealed envelope addressed to: John Doe, Pro Se, 123 Main St., New York City, NY 10001, with Priority Mail Express, Signature Required, Return Receipt for Merchandise, postage fully prepaid, and depositing that sealed envelope with the postal clerk at the counter of the United States Post Office in Hagatna, Guam.

I certify under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2024.

_____
CARLOS L. TAITANO

2

*Case No. 24-mc-80152-EJD*
*Certificate of Service*