UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HO CHAN KIM,

    Petitioner,

v.

GOOGLE LLC,

    Respondent.

Case No. 24-mc-80152 (NC)

**ORDER GRANTING GOOGLE'S MOTION TO QUASH SUBPOENA; AND DENYING DOE'S MOTION TO QUASH SUBPOENA**

Re: ECF 13, 21

The Court having quashed the subpoena requested by Petitioner Kim, Judgment is entered in favor of Respondent Google and against Kim. The Clerk of Court is asked to close this file.

**IT IS SO ORDERED.**

Dated: December 31, 2024

    NATHANAEL M. COUSINS
    United States Magistrate Judge