# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** | Northern District of California |

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 24-mc-80152-NC |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | June 20, 2024 |

Date of judgment or order you are appealing: | December 31, 2024 |

Docket entry number of judgment or order you are appealing: | 27, 28 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Ho Chan Kim

Is this a cross-appeal?  ○ Yes  ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Carlos M. Taitano |   **Date** | January 29, 2025 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Ho Chan Kim

Name(s) of counsel (if any):
Carlos M. Taitano

Address: P.O. Box 326204, Hagatna, Guam 96932
Telephone number(s): (671)777-0581
Email(s): cmakototaitano@taitano.us.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Google LLC

Name(s) of counsel (if any):
Nicholas OBrian Kennedy

Address: 1900 North Pearl Street, Suite 1500, Dallas, TX 75201
Telephone number(s): 214-978-3081
Email(s): nicholas.kennedy@bakermckenzie.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:
Google LLC

Name(s) of counsel (if any):
Byron R. Tuyay

Address: 10250 Constellation Blvd, Suite 1850, Los Angeles, CA 90067

Telephone number(s): 310-201-4728

Email(s): byron.tuyay@bakermckenzie.com

Name(s) of party/parties:
John Doe, Pro Se

Name(s) of counsel (if any):

Address: 123 Main St., New York City, NY 10001

Telephone number(s): Unknown

Email(s): Unknown

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**            2            *New 12/01/2018*